IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ROBERT DAVIS, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:24-cv-00015-O-BP |
| § | |
| BRANDON LOGAN, et al., § | |
| § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Plaintiff's Motions to Strike are **DENIED** (ECF Nos. 22, 23, 24), Defendants' Motion for Judgment on the Pleadings and Renewed Motion for Judgment on the Pleadings (ECF No. 34, 36) are **GRANTED in PART**, and Plaintiff's claim for deliberate indifference to serious medical needs and harassment are **DISMISSED**, Plaintiff's claims arising from his arrest are **STAYED** until the underlying criminal charges resolve, and Plaintiff's challenges to the constitutionality of the Texas Penal Code and the Texas Health and Safety Code, and claims for deprivation of his right to access the state court, and for violation of the Texas Open Records Act are **DISMISSED WITHOUT PREJUDICE**. Plaintiff and Defendants **SHALL** file a joint status report within fourteen days after the District Attorney dismisses Davis' underlying

state charges or the state court enters a final judgment on those charges addressing whether the case should be dismissed at that time. The Clerk of Court shall administratively close this case until further order of the Court.

**SO ORDERED** on this **30th day of October, 2024.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**