## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| ROBERT DAVIS, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 4:24-cv-00015-O-BP |
| | § | |
| BRANDON LOGAN, *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The Chief United States District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned Chief District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Motion for Judgment on the Pleadings or in the Alternative Motion for Summary Judgment (ECF No. 54) is **GRANTED**, and Plaintiff's Amended Complaint is **DISMISSED**.

**SO ORDERED** on this **18th day** of **May 2026**.

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**